UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AVILA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLD SPRINGS GRANITE COMPANY, a Minnesota Corporation,<br><br>Defendant. | CASE NO. 1:16-CV-01533-AWI-SKO<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND GRANTING DEFENDANT ADDITIONAL TIME TO RESPOND TO AMENDED COMPLAINT** |

Based on the parties' "Stipulation for Continuance of Mandatory Scheduling Conference and for Additional Time for Defendant to Respond to Amended Complaint" (Doc. 16), the Court GRANTS the parties' request to continue the Scheduling Conference currently set for February 7, 2017, and to enlarge the time for Defendant to respond to the First Amended Complaint for Unpaid Overtime, Missed Meal Periods, and Related Penalties (Doc. 13).

Accordingly, the Court CONTINUES the Scheduling Conference to March 16, 2017, at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties shall file their Joint Scheduling Report by no later than March 9, 2017.

It is further ORDERED that Defendant shall file a response to the First Amended Complaint on or by February 16, 2017.

IT IS SO ORDERED.

Dated:     **February 1, 2017**                              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE