1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AVILA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>COLD SPRING GRANITE COMPANY, a Minnesota Corporation,<br><br>Defendant. | CASE NO. 1:16-CV-01533-AWI-SKO<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE BASED ON SCHEDULED MEDIATION** |

1  Upon consideration of the parties' "Stipulation for Further Continuance of Mandatory Scheduling Conference Based on Scheduled Mediation" (Doc. 20), and good cause appearing, the Court GRANTS the parties' request to continue the Scheduling Conference currently set for March 16, 2017.

Accordingly, the Court **CONTINUES the Scheduling Conference to May 11, 2017, at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties shall file their Joint Scheduling Report by no later than May 4, 2017.

IT IS SO ORDERED.

Dated:  **March 1, 2017**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE